JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO VELASQUEZ, | Case No. CV 18-6005-GW (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| RAMANBHAI PATEL, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 16, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE